**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Adalila Sandoval**, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**K & S ACW, LLC**, an Arizona Limited Liability Company, and **Sean Rozsa and Kristi Rosa**, a Married Couple,<br><br>Defendants. | No. 2:18-cv-04043-JZB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, by and through undersigned counsel, hereby submits this Notice of Settlement to notify the Court that the parties have reached an agreement to settle this matter.

RESPECTFULLY SUBMITTED this 30th day of January 2019.

BENDAU & BENDAU PLLC


By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
*Attorneys for Plaintiffs*

**Certificate of Service**

I certify that on this 30th day of January 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/*Clifford P. Bendau, II*