# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adalila Sandoval, | No. CV-18-04043-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| K&S ACW LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 35), and good cause appearing,

**IT IS ORDERED:**

1. The Stipulation to Dismiss (Doc. 35) is **granted**.
2. That this matter be **dismissed** with prejudice, each party to bear its own fees and costs.

Dated this 13th day of March, 2019.

Honorable John Z. Boyle
United States Magistrate Judge